IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. CASE NO. 2:24-cr-42-ECM |
| | )                [WO] |
| EMMANUEL YOUNGBLOOD | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is Defendant Emmanuel Youngblood's motion to reset trial (doc. 15) filed on April 1, 2024.  Jury selection and trial are presently set on the term of court commencing on May 6, 2024.  For the reasons set forth below, the Court will reset the trial pursuant to 18 U.S.C. § 3161(c).

While the trial judge enjoys great discretion when determining whether to reset or continue a trial, the Court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. § 3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).  The Act provides in relevant part: "Unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se." 18 U.S.C. § 3161(c)(1).

The Defendant requests that his trial be reset to the term of court commencing on April 22, 2024, which is less than thirty dates from the date on which he made his initial appearance (March 26, 2024).  Based on the representations in the motion (doc. 15), and after careful consideration, the Court finds that the motion is due to be granted. Accordingly, and for good cause, it is

ORDERED that the motion to reset trial (doc. 15) is GRANTED, and jury selection and trial are RESET from May 6, 2024, to the criminal term of court set to commence on **April 22, 2024, at 10:00 a.m.** in **Montgomery**, Alabama.   All deadlines tied to the trial date are adjusted accordingly.

The United States Magistrate Judge shall conduct a pretrial conference prior to the April trial term.  **In the meantime, the parties are advised that proposed voir dire questions, motions in limine, and proposed jury instructions are due <u>two weeks before jury selection</u>.**

Done this 2nd day of April, 2024.

                                        /s/ Emily C. Marks  
                              EMILY C. MARKS  
                              CHIEF UNITED STATES DISTRICT JUDGE